IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 4:16-cr-00260-1 |
| ) | |
| Douglas Lamont Reed, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

Before the Court is Defendant's Motion for a transfer to a federal facility.

On January 17, 2017, the Court sentenced Defendant to a 45-month custodial term, following Defendant's plea to conspiracy to possess with intent to distribute and to distribute cocaine. As reflected in Defendant's Judgment and Commitment Order, the imposed sentence is to be "served concurrently with the term of imprisonment the defendant is currently serving as a result of his parole revocation in Chatham County (Georgia) Superior Court, Docket Number CR072108."

At the time of Defendant's federal sentencing hearing, he was in the primary custody of the State of Georgia as a result of the above-specified parole revocation. As such, following his federal sentencing hearing, Defendant was returned to state custody to complete his state sentence. According to the Georgia Department of Corrections, Defendant's maximum release date on his state sentence is May 26, 2019. Upon Defendant's completion of his state sentence, he will be released to a federal detainer to complete service of his federal sentence. Pursuant to the Court's order at sentencing regarding concurrency of Defendant's federal and state sentences, the

Douglas Lamont Reed
Order on Motion
Page 2

Bureau of Prisons should award Defendant credit towards his federal sentence with the time he served on his revoked parole term.

Defendant is presently asking this Court to issue an order requiring his transfer from a state to a federal facility *now*, instead of waiting until he satisfies his state sentence. Pursuant to 18 U.S.C. § 3621(b), however, "The Bureau of Prisons shall designate the place of a prisoner's imprisonment." For this reason, and because it appears Defendant is on track to receive sentence credit for all that the Court intended, the Court will not involve itself in the matter of where Defendant's sentence is being served.

Defendant's Motion is **DENIED**.

SO ORDERED this 24th day of July, 2017.

_____
WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA